UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.A.A.V., *by next friend and mother* Maria Blanca Vimos River,

Petitioner,

-against-

Lorraine M. Sánchez, EMBA, President & CEO, Cayuga Centers –NYC Program, Facility Custodian in her official capacity as custodian of the children, *et al.*,

Respondents.

26-CV-2299 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the Respondents' opposition to J.A.A.V.'s ("Petitioner") petition for a writ of habeas corpus, (Doc. 8), and the accompanying declaration of Assistant Deputy Director for Policy for the Unaccompanied Alien Children Bureau Toby Biswas, (Doc. 9). Accordingly, it is hereby ORDERED that, in light of the Respondents' opposition at Doc. 8, the initial telephonic conference scheduled for March 27, 2026 is hereby adjourned. It is FURTHER ORDERED that Respondents shall file (i) a status letter by March 27, 2026 concerning the status of the DNA test results and (ii) another status letter by March 30, 2026 indicating whether Petitioner has been released and, if not, when Respondents expect to release him.

SO ORDERED.

Dated: March 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge