UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.A.A.V., *ex rel.* MARIA BLANCA VIMOS RIVERA,

Petitioner,

-against-

LORRAINE M. SÁNCHEZ, et al.,

Respondents.

---

26-CV-2299 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On March 20, 2026, Petitioner J.A.A.V. ("Petitioner" or "J.A.A.V."), through next friend Maria Blanca Vimos Rivera ("Vimos Rivera"), filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) On March 27, 2026, Respondents informed me that J.A.A.V. had been released from custody to Vimos Rivera. (Doc. 12.) On March 30, 2026, Petitioner filed a letter asking me not to dismiss the action as moot. (Doc. 13.) Respondents filed a response, (Doc. 15), and Petitioner filed a reply in further support, (Doc. 16).

Substantially for the reasons stated in Respondents' papers, the Petition is rendered moot by J.A.A.V.'s release from government custody, and Petitioner has not demonstrated that an exception to mootness applies in this case. *See, e.g.*, *Pierrilus v. U.S. Immigr. & Customs Enf't*, 293 F. App'x 78, 79 (2d Cir. 2008) (summary order) ("[P]etitioner's challenge to the length of his detention is moot as a result of his release from DHS custody."); *Pierre-Paul v. Sessions*, 293 F. Supp. 3d 489, 492–93 (S.D.N.Y. 2018) (dismissing habeas corpus petition as moot where petitioner was released and had already received the relief sought in the petition).

Accordingly, the Petition is DISMISSED as moot without prejudice to Petitioner's ability to seek habeas relief from the appropriate court should he be re-detained.

The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge